UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Case No.  CV 09-3964 CAS (JWJx)    Date:  October 30, 2009

Title:  *Peggy E. Stalford v. FDIC*

===============================================================================

PRESENT:  <u>HONORABLE CHRISTINA A. SNYDER, JUDGE</u>

<u>   Catherine M. Jeang   </u>        <u>   Not Present   </u>
**Deputy Clerk**                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**       **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                                 Not Present


**PROCEEDINGS:** <u>**ORDER TO SHOW CAUSE**</u>  **(IN CHAMBERS)**

IT IS HEREBY ORDERED that PLAINTIFF show cause in writing not later than 11-16-09 why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    A proof of service of summons and complaint on defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.


                                                Time in Court: ___: ___
                                                Deputy Clerk: <u>KPA</u>